Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00473-CV

**RODMAN EXCAVATION, INC.**, et al.,
Appellants

v.

**YC PARTNERS, LTD.** d/b/a Yantis Company,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-03027
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   January 7, 2009

DISMISSED

The parties have filed an agreed motion to dismiss this appeal, stating they have fully compromised and settled all the matters at issue in the underlying lawsuit and in this appeal. The parties request that this appeal be dismissed with prejudice, with each party to bear its own costs and attorney's fees. The motion is granted, and this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM